# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DIANE CASEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-01788-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULE<br><br>(ECF No. 13) |

On January 24, 2023, the parties filed a stipulation agreeing to an initial extension of the time for Defendant to file an opposition brief, extending the time from January 26, 2023, to February 25, 2023.  (ECF No. 13.)  The Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1.　　The stipulated motion to modify the schedule (ECF No. 13) is GRANTED; and

2.　　Defendant shall have until **February 25, 2023**, to file the opposition brief.

IT IS SO ORDERED.

Dated:　**January 24, 2023**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1